IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons,<br><br>Plaintiffs,<br><br>-vs-<br><br>AARON'S, INC.; ASPEN WAY ENTERPRISES, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; JOHN DOES (1-100) AARON'S FRANCHISEES; and DESIGNERWARE, LLC,<br><br>Defendants. | Civil No. 1:11-CV-101-SPB<br><br><br>**DEFENDANT ASPEN WAY ENTERPRISES, INC.'S MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. 12(b)(2), Defendant Aspen Way Enterprises, Inc. ("Aspen Way"), hereby moves the Court to dismiss it from this case for lack of personal jurisdiction because:

(1) Aspen Way did not purposely avail itself of Pennsylvania in relation to the Byrds;

(2) The Byrds' causes of action do not arise out of Aspen Way's extremely limited contact with Pennsylvania; and

(3) The exercise of jurisdiction over Aspen Way would offend all notions of "fair play and substantial justice."

This Motion is supported by the Brief filed simultaneously herewith, which is accompanied by three Affidavits.

**DATED** this 6th day of June, 2011.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


        By:  /s/ W. Scott Hardy
        W. SCOTT HARDY
        PA ID79225
        444 Liberty Avenue, Ste. 400
        Pittsburgh, PA 15222
        Telephone: (41) 394-3346
        Fax: (412) 232-1799
        scott.hardy@ogletreedeakins.com

        MOULTON BELLINGHAM PC


        By:  /s/ Michele L. Braukmann
        MICHELE L. BRAUKMANN, *Pro Hac Vice* Pending
        MT 6028
        ROSS W. McLINDEN, *Pro Hac Vice* Pending
        MT 9597
        ND 06673
        27 N. 27th Street, Ste. 1900
        Billings, Montana 59103-2559
        Telephone (406) 248-7731
        Fax (406) 248-7889
        Michele.Braukmann@moultonbellingham.com
        Ross.McLinden@moultonbellingham.com

        ATTORNEYS FOR DEFENDANT ASPEN WAY ENTERPRISES, INC.

ND: 4839-3950-7721, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2011, I electronically filed the foregoing **DEFENDANT ASPEN WAY ENTERPRISES, INC.'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Andrea S. Hirsh, Esquire
ahirsch@hermangerel.com
Christopher V. Tisi, Esquire
cvtisi@aol.com
Daniel C. Levin, Esquire
dlevin@lfsblaw.com
Frederick S. Longer, Esquire
flonger@lfsblaw.com
James F. Green, Esquire
jgreen@ashcraftlaw.com
John H. Robinson, Esquire
robinsn@vcn.com
Leonard A. Davis, Esquire
ldavis@hhkc.com
Maury A. Herman, Esquire
mherman@hhkc.com
Michael E. Heaviside, Esquire
mheaviside@ashcraftlaw.com
Michelle A. Parfitt, Esquire
mparf@oal.com
(*Attorneys for Plaintiffs*)

Neal R. Devlin, Esquire
ndevlin@kmgslaw.com
Richard A. Lanzillo, Esquire
rlanzillo@kmgslaw.com
Kristine McAlister Brown, Esquire
kristy.brown@alston.com
William H. Jordan, Esquire
bill.jordan@alston.com
(*Attorneys for Aaron's Inc.*)

Brian M. Mancos, Esquire
bmmancos@bwhllc.com
David B. White, Esquire
Burns White LLC
dbwhite@burnswhite.com
Lyle D. Washowich, Esquire
ldwashowich@burnswhite.com
(*Attorneys for Designerware, LLC*)

        OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.

        s/ W. Scott Hardy
        W. Scott Hardy, Esquire