# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 OF THE WESTERN DISTRICT OF PENNSYLVANIA
 2
     CRYSTAL BYRD and BRIAN BYRD,       :
 3   individually and on behalf of      :
     all similarly situated persons,    :
 4          Plaintiffs                  :
                                        :   CA No. 11 - 101
 5           v.                         :
                                        :
 6   AARON'S, INC.; ASPEN WAY           :
     ENTERPRISES, INC.; JOHN DOES       :
 7   (1-100) AARON'S FRANCHISEES;       :
     DESIGNERWARE, LLC,                 :
 8          Defendants                  :
```

    Hearing held in the above-captioned matter on
    Tuesday, May 24, 2011, commencing at 10:14 a.m.,
    before the Honorable Susan Paradise Baxter, at the
    Federal Courthouse, 17 South Park Row, Erie,
    Pennsylvania.

                       Reported by Sondra A. Black
                    Ferguson & Holdnack Reporting, Inc.

                                                                    -1-

```
 1        punitive class members, because you don't anyway?
 2                 MR. WHITE:  Yes.
 3                 THE COURT:  So there is something that can be
 4        fashioned?
 5                 MR. WHITE:  And the accounting, Your Honor, we
 6        can tell them --
 7                 THE COURT:  But the accounting that you describe
 8        is different than what they're asking for; is that correct?
 9                 MR. WHITE:  It might be.  I'm not quite sure what
10        they're asking for.
11                 THE COURT:  You're willing to give them the list
12        of the franchisees who have the capability for --
13                 MR. WHITE:  What we can give them is before we
14        entered our appearance we can give them the list of the
15        franchisees who requested that we uninstall the PC Rental
16        Agent that has the detective mode on it.  We can give them
17        the list of all the franchisees that asked us to do that.
18        And that's all we did.
19                 MR. TISI:  Judge, our request for relief is a
20        little bit broader than that.  Because, for example -- and I
21        think there will be some testimony of this today, unless we
22        can reach an agreement.  For example, they have taken
23        information off of the Internet, okay, about PC Rental
24        Agent.  And I don't have a problem with them taking them off
25        the Internet so long as the information is not destroyed.
```

1  A.  Pichardo is P-I-C-H-A-R-D-O.  Adame my is A-D-A-M-E.
2  Q.  So is there anyone in between Mr. Pichardo and you
3  when it came to chain of command at that Moses Lake store?
4  A.  No.
5  Q.  Have you ever had the occasion to know the general
6  managers of these other stores that you worked at?
7  A.  Yes.
8  Q.  Do you know some of their names?
9  A.  Yes, I do.
10 Q.  Can you tell the Court some of those.
11 A.  Nicole Phillips; Israel Perez; Eric Harrison; David
12 Quails; Derek, I'm not sure what his last name is, he's
13 pretty new.  Those are the ones that I'm close knit with.
14 Q.  Have you ever heard of the product PC Rental Agent?
15 A.  Yes.
16 Q.  When?
17 A.  When I first started working for Aaron's.
18 Q.  At the Moses Lake store?
19 A.  Yes.
20 Q.  How did that come about that you heard about PC
21 Rental Agent when you first started working?
22 A.  I was told that no computer was to leave the store
23 without that program on it.
24 Q.  And did you have an understanding if that was just a
25 storewide policy or broader than that?

1    Q.   And ColorTyme is very similar, in terms of its
2  business model, to Aaron's in terms of renting business
3  equipment, computers, things like that?
4    A.   Yes.
5    Q.   Okay.  I may ask you a couple more questions about
6  that, but let's put that aside for a minute.  Designerware
7  is a company that markets a product called PC Rental Agent,
8  correct?
9    A.   That's correct.
10   Q.   Does it do any other -- does it sell any other
11 products?
12   A.   At the current time we sell no other products.  In
13 the past we've sold consulting services, other software
14 packages.  And we still would do other consulting work for
15 people that would be IT related.
16   Q.   And you also sell -- in addition to selling the
17 Rental Agent itself, you also provide technical support and
18 server support for that product, correct?
19   A.   Correct.
20   Q.   Okay.  And is it fair to say without the support
21 provided by your server, the product really could not be
22 used to the full extent in which it was designed?
23   A.   That's incorrect.
24   Q.   Okay.
25   A.   Because our server is just a note on a network.  So

1  our server in Erie is -- it could be a server in any place.
2      Q.   Let me clarify the question.  Without a server, the
3  server which you provide, the Rental Agent could not perform
4  its functions, correct?
5      A.   Correct.  Because it's a two-tiered system.
6      Q.   And you also provide, as long as the agent is
7  used -- you receive a fee for its use for a certain number
8  of computers, et cetera, and for how long it's being used,
9  correct?
10     A.   That would be a fair assessment.
11     Q.   Now, do your other companies, the ColorTyme stores,
12 use PC Rental Agents on its computers as well?
13     A.   That's correct.  Our four -- I have four ColorTyme
14 stores, and we use it in our four stores.
15     Q.   How long has Designerware been in business selling
16 PC Rental Agent?
17     A.   Roughly somewhere around about -- about five, six
18 years ago.
19     Q.   And has your son, Ashton, worked with you the entire
20 time?
21     A.   Since he got out of college, yes.
22     Q.   And when did that happen, sir?
23     A.   Roughly, I think, around four years ago.
24     Q.   What position does he hold?
25     A.   He's in charge of tech support.

```
 1    stored on the computer, but there was a concern about
 2    keeping child pornography, for example, and then that you
 3    reconfigured your server or somehow changed it so that
 4    information would not be stored there, but essentially would
 5    pass through?
 6         A.   Well, there was a case where we were contacted by a
 7    franchisee, they had a computer that was being investigated
 8    for child pornography, and we made sure at that time that
 9    none of that information was ever transmitted or ever kept.
10         Q.   But the point is that this product and its support
11    can be changed to some -- either to increase the ability of
12    the server to accept information or to narrow the
13    information that is kept on the server or even pass through
14    the server, correct?
15         A.   You know, I never thought of it that way.  You'd
16    have to re -- the way -- I suppose you could do that.  But I
17    don't know we -- you know, what effort would be involved in
18    changing it.  It's not -- you just don't flip switches.
19         Q.   Okay.  Now, let me -- I'm going to come back to that
20    concept shortly.  But let me go through some other questions
21    with you.  The entire time it's been on the market
22    Designerware has been the exclusive seller of that product,
23    correct?
24         A.   That's correct.
25         Q.   And you sell PC Rental Agent exclusively from your
```

139

1   North East, Pennsylvania --
2       A.   North East, correct.
3       Q.   -- address?
4       A.   Correct.
5       Q.   And that has always been the case, correct?
6       A.   As far as I know, that's correct.
7       Q.   And when a company purchases PC Rental Agent from
8   Designerware, does it enter into an agreement with
9   Designerware?
10      A.   I would say, yes, because they enter into the End
11  User License Agreement.
12      Q.   And if you would take a look at Exhibit No. 4 in
13  your book, which has already been admitted, those are copies
14  of the End User License Agreements, or the EULAs, correct?
15      A.   That's what it looks like, correct.
16      Q.   You know, I'm going to go back and ask a question
17  that I intended to ask you before, but has the detective
18  mode always been remotely installed or has that install
19  method changed over time?
20      A.   No.  From Day 1 it's never been installed at the
21  time of rental.  It's not on the computer by using the CD or
22  using the USB.  We specifically designed the software so
23  it's not there.
24      Q.   So they have to actually engage your company and
25  have it built into the system?

1  acknowledged and accepted the terms of this End User License
2  Agreement?
3      A.   Yes.
4      Q.   And this is a contract.  If you go to Section 6 --
5  excuse me, the section at the end, the miscellaneous
6  section, it says, "This license acquired in the United
7  States, this EULA is governed by the laws of the State of
8  Pennsylvania."
9      A.   That's correct.
10     Q.   And so, when a franchisee purchases this, they
11 acknowledge to be bound by the laws of Pennsylvania,
12 correct?
13     A.   They would be -- this is the same End User License
14 Agreement everyone acknowledges, correct.
15     Q.   Okay.  Now, in addition, they are purchasing a
16 product -- I think you talked about the fact that they also
17 purchase access to your web-based interface.  I have seen
18 that referenced in your documents.
19     A.   Yes.  You guys refer to it as a portal.  Same
20 concept, correct.
21     Q.   Would you describe for the Judge what a web-faced
22 interface or a portal is.
23     A.   It's a -- real simple terms, the franchisee would
24 sign in, go to a web page, put in their user ID and their
25 password.  Based on their user ID and password, the system

```
 1    knows, based on security, who they are.  And -- and it looks
 2    like a spreadsheet -- it looks like a spreadsheet.  Here's a
 3    list of all the computers that the software is installed on.
 4    And then there would be, at the top, commands that they
 5    would be allowed to issue.
 6        Q.   But this interface, or this portal, is here in Erie,
 7    correct?
 8        A.   It's -- you can say that it's here in Erie, but we
 9    also could have it in Missouri, Boston, and other places.
10        Q.   I'm not asking you where it could be.  I'm asking
11    you where it is, sir.
12        A.   The primary place is North East, Pennsylvania.
13        Q.   So using this crude chart of mine, that would be
14    this kind of hub area in Northwest Pennsylvania?
15        A.   Yeah.  What you're not showing is the other hubs
16    that it could use.
17        Q.   But you don't, for example, have a hub in Atlanta or
18    Boston or California; we have it here in Northwest --
19        A.   We have hubs in Missouri, Boston, Florida.
20        Q.   Do they all act as the primary --
21        A.   The primary is Erie.  If Erie goes down, then it
22    would switch to one of the alternate websites.
23        Q.   Now, you provide the interface for the purpose of
24    allowing the PC Rental Agent to actually perform its
25    functions, correct?
```

1    A.   Correct.

2    Q.   Everybody who purchases this in the 48 states, I
3 counted from the letter you sent yesterday, in which it's
4 sold would agree not only to be bound by the laws of
5 Pennsylvania, but also use the portal or web-based interface
6 in Northwest Pennsylvania -- well, North East -- Northwest
7 part of the State, North East is the town.

8    A.   I guess they drove North East and decided that's the
9 name of the town.

10        Yeah, I guess that would be the case.

11   Q.   All right.  Now, this interface exists -- we've been
12 using the term interface, we've been using the term server.
13 The server enables the interface, correct?  I'm trying to
14 understand the technology.

15   A.   Yeah.  I say that's correct.

16   Q.   All right.  Now, other than the Designerware server,
17 is there any other equipment that is used by Designerware to
18 support the PC Rental Agent?

19   A.   No.  It would just be the server.  The database
20 server.

21   Q.   Now, who manages the Designerware server?  Would
22 that be your son, Ashton?

23   A.   It would be Ashton and myself.

24   Q.   Well, we'll discuss this more later.  Can the PC
25 Rental Agent perform its intended functions without

```
 1    accessing Designerware's server in North East, Pennsylvania?
 2    In other words, if it were shut down tomorrow, would PC
 3    Rental Agent be able to work?
 4         A.   No.
 5         Q.   So that server is the necessary conduit for allowing
 6    this product to work?
 7         A.   What do you mean by "this product"?
 8         Q.   This product, the PC Rental Agent, will not perform
 9    its intended functions without the server here in
10    Pennsylvania?
11         A.   No.  That's incorrect.
12         Q.   Would you tell me why I'm incorrect.
13         A.   Because PC Rental Agent is really kind of a suite of
14    software packages.
15         Q.   Then let me be more specific.  And I apologize, I
16    understand that it does some things locally on the computer.
17    But in terms of the kill switch, in terms of the location,
18    in terms of the detective mode, could those functions happen
19    without access to the server here in Pennsylvania?
20         A.   The kill switch could still -- would still work
21    without the Erie connection.
22         Q.   Would detective -- I'm sorry, sir.  I didn't mean to
23    interrupt you this time.
24         A.   That's fine.
25         Q.   Would the detective mode be able to work without the
```

```
 1     server here in Pennsylvania?
 2         A.   You would not be able to build, install, or activate
 3     the detective mode without the web interface.
 4         Q.   All right.  Now, when the license has been issued on
 5     the PC Rental Agent and sent to the customer, you provide
 6     the instruction manuals that we have identified as Exhibits
 7     No. 17 and 18, I think you mentioned that, correct?
 8         A.   Which Exhibit is it?
 9         Q.   Exhibit No. 17 and 18.
10         A.   Exhibit No. 18 -- I don't know the difference.  They
11     all look the same.  In this book they look the same.
12         Q.   But they are two different documents.  In fact,
13     one's a short form -- I think one is 8 pages and one is
14     30-something pages.
15         A.   Correct.  The 8-page is printed and mailed with the
16     original CD.  The -- we no longer print the 36-page manual,
17     because nobody was reading it and it's kind of -- you know,
18     nobody was reading it.  So we make it available on -- I
19     believe it's on the website and possibly on the CD also.
20         Q.   And these instruction manuals describe both the
21     function of the PC Rental Agent and the role of the
22     Designerware website, correct?
23         A.   For the most part, correct.
24         Q.   And if you look at the first page of both documents,
25     they're the same, correct?
```

1  of computers, correct?
2      A.   Again, I -- that -- I have no access for
3  determination to know what another rental store rents.
4      Q.   But by its nature, each store rents multiple
5  computers and then each computer has multiple renters?
6      A.   Again, Aaron's -- that would be a question you'd
7  have to ask Aaron's, because I don't know what their numbers
8  are.  I -- if you're using our product, I can't determine
9  that.
10     Q.   Let's move on.  Let's move on.  Let's talk about
11 Aspen Way a little bit.  Are you familiar with an Aaron's
12 franchise called Aspen Way Enterprises?
13     A.   Not until this litigation started.
14     Q.   But you have been able to conclude that they are, in
15 fact, and have been a customer of yours?
16     A.   Correct.  My understanding is they have roughly 16
17 stores, have been a customer -- they are a customer of ours,
18 and they're in Wyoming.
19     Q.   And they became a customer of yours through
20 acknowledging the EULA, which is Exhibit No. 4, correct?
21     A.   Every time they've installed our software, they've
22 accepted that End User License Agreement, correct.
23     Q.   To the best of your knowledge, did Aspen Way install
24 the PCRA it purchased from Designerware on computers it
25 rented throughout its various stores?

1   A.   I have no way of knowing that.  That would be a
2   question you have to ask Aspen.
3   Q.   Were you able to determine that they actually
4   activated the program?
5   A.   What do you mean by "activated the program"?
6   Q.   In other words, they actually engaged the server and
7   used it?  In other words, they didn't just install it and
8   never turned it on?
9   A.   Turned what on?
10  Q.   Had the computer communicate with your central
11  server here in Erie, Pennsylvania.
12  A.   They would have installed the software and the
13  computer would have reported to the server here.
14  Q.   All right. Let's talk about the PCRA, which, after
15  all, is the reason why we're here.  Let's talk about what it
16  does and what it doesn't do.
17  A.   Okay.
18  Q.   And let's actually dive right into the detective
19  function.  Let's talk about that.
20  A.   Okay.
21  Q.   On Exhibit No. 18, if you look at your long form,
22  the description of the detective function is contained on
23  one page, Page 16 of 36.
24  A.   Page what?
25  Q.   Do you see that?

-156-

```
 1                THE COURT:  Let's move on.
 2       Q.    All right.  Now, let's go to the next thing.  It
 3   says, "If the agent is reporting, you may wish to tell the
 4   agent to go into detective mode, gathering information, and
 5   e-mailing it to you," correct?
 6       A.    That's correct.
 7       Q.    And the information it gathers, and we've talked
 8   about them, are keystrokes?
 9       A.    Correct.
10       Q.    Screen shots?
11       A.    A screen shot, correct.
12       Q.    And photographs?
13       A.    That's optional.
14       Q.    It is optional.  But those are the three kinds of
15   information that can be gathered through the detective
16   mode --
17       A.    Correct.
18       Q.    -- correct?
19       A.    Um-hum.
20       Q.    Now, it is information gathering.  You consider this
21   to be gathering information about what?  About --
22       A.    The thief who is --
23       Q.    Might be the customer?
24       A.    Well, no.  They're not the customer; they have
25   stolen the computer.  They agreed to return it and didn't
```

```
 1   disclose it.
 2              THE COURT:  Let's move on.
 3              MR. TISI:  All right.
 4        Q.    Now, let me just go in here to Exhibit No. 6 for a
 5   moment.  Do you recognize that, sir?
 6        A.    Correct.
 7        Q.    What is that?
 8        A.    That's the login page that you would use to access
 9   our -- what you're calling the portal.
10        Q.    Is this something that has to be -- I'm trying to
11   understand, because before we talked about this is a portal,
12   which there is constant movement through the portal.  Are
13   there occasions where, in order to get access to get
14   information that was collected by detective mode, that a
15   user has to actually sign in to your server before that --
16   those e-mails are sent?
17        A.    No.  They would have to sign on to the server and
18   activate the build, install, and activate sequence.  But
19   once they've done that our server is -- you don't login to
20   the server.
21        Q.    You don't have to activate it every day, for
22   example?  I didn't understand that.
23        A.    No.  Like you've already explained explaining the
24   levels.  Once you did that , that level works.
25        Q.    Does the lock down command, which is not part of
```

184

```
 1      the -- not part of the detective level, does that go through
 2      the Designerware website interface?
 3           A.   That is correct.
 4           Q.   That does or does not?
 5           A.   The lock down?
 6           Q.   Yes.
 7           A.   The lock down occurs two ways.  Through the website,
 8      the person that purchased -- the franchisee that bought the
 9      software, their designated person would log on, find the
10      computer, and issue the lock down.  If the computer is
11      unable to communicate with the server for 120 days, by
12      default it locks down.
13           Q.   Now, let me just -- one last series of questions I
14      believe I may have here.  Can you uninstall a PC Rental
15      Agent from your location?
16           A.   It's designed that way.
17           Q.   Okay.
18           A.   Our End User License Agreement that you've referred
19      to, we put in there that you're only to install the software
20      on computers that you own.  And if you don't own the
21      computer, you're not to be using my product.  It's your
22      computer, you install it.
23                And I think we have verbiage in there that you owe
24      us $300,000 a day per license violation.  With the fear of
25      God that the customer owns the computer, we have punitive
```