# EXHIBIT 3

END-USER LICENSE AGREEMENT FOR THIS SOFTWARE

IMPORTANT - READ CAREFULLY: This Software ("Agent") End-User License Agreement ("EULA") is a legal agreement between you ("Licensee"), a user of the software applications, and DesignerWare for this software product accompanying this EULA, which includes computer software and may include associated source code, media, printed materials, and "on-line" or electronic documentation ("SOFTWARE PRODUCT"). By installing, copying, or otherwise using the SOFTWARE PRODUCT, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not install, use, distribute in any manner, or replicate in any manner, any part, file or portion of the SOFTWARE PRODUCT.

The SOFTWARE PRODUCT is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The SOFTWARE PRODUCT is licensed, not sold.

The Licensee is considered to be an authorized licensee ("Authorized") if the Licensee have legitimately obtained a registered license for the SOFTWARE PRODUCT from DesignerWare or an authorized DesignerWare reseller.

RIGOROUS ENFORCEMENT OF INTELLECTUAL PROPERTY RIGHTS. If the licensed right of use for this SOFTWARE PRODUCT is purchased or used by the Licensee with any intent to reverse engineer, decompile, create derivative works, and the exploitation or unauthorized transfer of, any DesignerWare intellectual property and trade secrets, to include any exposed methods or source code where provided, no licensed right of use shall exist, and any products created as a result shall be judged illegal by definition of all applicable law. Any sale or resale of intellectual property or created derivatives so obtained will be prosecuted to the fullest extent of all local, federal and international law.

GRANT OF LICENSE. This EULA, if legally executed as defined herein, licenses and so grants the Licensee the following rights:

Evaluation. If the SOFTWARE PRODUCT is designated as an Evaluation Release ("Evaluation Release"), the Licensee is granted a license for a period specified in the evaluation. After the Evaluation Release of the SOFTWARE PRODUCT ("Evaluation Period"). After the Evaluation Period, the Licensee must either:

1. Delete the SOFTWARE PRODUCT and all related files from ALL computers onto which it was installed or copied, or

2. Contact DesignerWare or one of its authorized resellers to purchase the SOFTWARE PRODUCT.

Development. DesignerWare grants the Licensee the non-exclusive license to install and use multiple copies of the SOFTWARE PRODUCT or any prior version for the sole purpose of tracking and managing their computers.

CONFIDENTIAL - TRADE SECRET INFORMATION

DESIGNERWARE000004

DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS. Not for Resale Software. The SOFTWARE PRODUCT is provided as "Not for Resale" or "NFR", notwithstanding other sections of this EULA, the Licensee may not resell, distribute, or otherwise transfer for value or benefit in any manner, the SOFTWARE PRODUCT or any derivative work using the SOFTWARE PRODUCT. The Licensee may not transfer, rent, lease, lend, copy, modify, translate, sublicense, time-share or electronically transmit the SOFTWARE PRODUCT, media or documentation. This also applies to any and all intermediate files, source code, and compiled executables.

Limitations on Reverse Engineering, Decompilation, and Disassembly. The Licensee may not reverse engineer, decompile, create derivative works, modify, translate, or disassemble the SOFTWARE PRODUCT, and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation. The Licensee agrees to take all reasonable, legal and appropriate measures to prohibit the illegal dissemination of the SOFTWARE PRODUCT or any of its constituent parts and redistributables to the fullest extent of all applicable local, US Codes and International Laws and Treaties regarding anti-circumvention, including but not limited to, the Geneva and Berne World Intellectual Property Organization (WIPO) Diplomatic Conferences.

Rental. The Licensee may not rent, lease, or lend the SOFTWARE PRODUCT.

Separation of Components, Their Constituent Parts and Redistributables.

The SOFTWARE PRODUCT is licensed as a single product. The SOFTWARE PRODUCT and its constituent parts and any provided redistributables may not be reverse engineered, decompiled, disassembled, nor placed for distribution, sale, or resale as individual creations by the Licensee or any individual not expressly given such permission by DesignerWare.

Installation and Use. The license granted in this EULA for the Licensee is subject to all of the following conditions; furthermore, you agree that you do NOT have a valid license and are governed by this EULA as NOT having a license if you fail to meet any of the following conditions:

1. All copies of the programs the Licensee installs must be installed on computers owned by the Licensee.

2. The Licensee may not remove or alter any copyright, trademark or other proprietary rights notice contained in any portion of the SOFTWARE PRODUCT.

3. DesignerWare provides no warranty at all to any person, and the Licensee will remain solely responsible to anyone receiving the Licensee's programs for support, service, upgrades, or technical or other assistance, and such recipients will have no right to contact DesignerWare for such services or assistance.

CONFIDENTIAL - TRADE
SECRET INFORMATION

DESIGNERWARE000005

4. The Licensee will indemnify and hold DesignerWare, its related companies and its suppliers, harmless from and against any claims or liabilities arising out of the use, reproduction or distribution of the SOFTWARE PRODUCT.

5. The Licensee may not use DesignerWare's or any of its suppliers' names, logos, or trademarks to market their products, unless expressly given such permission by DesignerWare.

6. If the Licensee decides to stop using the program they may do so at anytime. The Licensee agrees to destroy and remove all copies of the software within 30 days of their termination.

7. The Licensee is not allowed to transfer, copy, or make available access to this program to anyone unless they too have a valid license for the software from DesignerWare. Licenses are specifically assigned by DesignerWare and are not transferable. Obtaining a license using a different name or through a third party is a violation of the EULA any such purchase or uses will be considered as NOT having a license.

8. The Licensee agrees that it purchased the license in their name for the sole purpose indicated on the purchase. Using a third party or fictitious name in any attempt to hide the intended user of this software is a violation of this EULA and by in doing so you agree that you do NOT have a valid license and are governed by this EULA as NOT having a license.

9. The Licensee understands that any Agents still reporting after 30 days of a terminated license will be automatically locked.

10. The Licensee agrees that they will NOT sell, distribute, partner, cooperate, work with, consult, use, or purchase any product that directly competes or indirectly competes with this SOFTWARE PRODUCT for a period of not less than 36 months upon termination of a valid license without written approval from DesignerWare.

11. You cannot share a license in more than one location.

Usage without a valid License. Unless granted otherwise, in writing by DesignerWare, and you DO NOT have a license to use this software, you are NOT authorized to load, distribute, or use the software in any capacity. If you use this software without a license you agree to pay DesignerWare $500,000.00 USD for every copy you installed, $50,000.00 USD per day per copy for every day for which the software remains installed without a license, and $250,000.00 USD for each time the Agent reported; payable on demand with all legal fees associated with enforcing this license.

Unauthorized usage. If you use the software in an attempt to defeat its protection capabilities and/or develop and/or publish any software, procedure, BLOG, email, or any instructions in any format in an attempt to defeat this software or instructions on how to

**CONFIDENTIAL - TRADE SECRET INFORMATION**       **DESIGNERWARE000006**

defeat the software; then you agree to pay DesignerWare all legal fees associated with enforcing this license and you agree to pay $1,000,000.00 USD for every copy/instance created and you agree to pay $100,000.00 USD per day until all copies have been destroyed; payable on demand.

Software Transfer. The Licensee may NOT permanently or temporarily transfer ANY of the Licensee's rights under this EULA to any individual or entity. Regardless of any modifications which the Licensee makes and regardless of how the Licensee might use the libraries, redistributables, or other files of the SOFTWARE PRODUCT (or any portions thereof) for developing programs created with the SOFTWARE PRODUCT.

Termination. Without prejudice to any other rights or remedies, DesignerWare will terminate this EULA upon the Licensee's failure to comply with all the terms and conditions of this EULA. In such event, the Licensee must destroy all copies of the SOFTWARE PRODUCT and all of its component parts including any related documentation, and must remove ANY and ALL uses of the SOFTWARE PRODUCT.

COPYRIGHT. All title and copyrights in and to the SOFTWARE PRODUCT (including but not limited to any images, demos, source code, intermediate files, packages, photographs, animations, video, audio, music, text, and "applets" incorporated into the SOFTWARE PRODUCT), the accompanying printed materials, and any copies of the SOFTWARE PRODUCT are owned by DesignerWare or its subsidiaries. The SOFTWARE PRODUCT is protected by copyright laws and international treaty provisions. Therefore, the Licensee must treat the SOFTWARE PRODUCT like any other copyrighted material except that the Licensee may install the SOFTWARE PRODUCT for use by the Licensee. The Licensee may not copy any printed materials accompanying the SOFTWARE PRODUCT.

GENERAL PROVISIONS. This EULA may only be modified in writing signed by the Licensee and an authorized officer of DesignerWare. If any provision of this EULA is found void or unenforceable, the remainder will remain valid and enforceable according to its terms.

MISCELLANEOUS. If the Licensee acquired this product in the United States, this EULA is governed by the laws of the State of Pa.

If this SOFTWARE PRODUCT was acquired outside the United States, then the Licensee agrees and ascends to the adherence to all applicable international treaties regarding copyright and intellectual property rights which shall also apply. In addition, the Licensee agrees that any local law(s) to the benefit and protection of DesignerWare ownership of, and interest in, its intellectual property and right of recovery for damages thereto will also apply.

NO WARRANTIES. DESIGNERWARE EXPRESSLY DISCLAIMS ANY WARRANTY FOR THE SOFTWARE PRODUCT. THE PRODUCT AND ANY RELATED DOCUMENTATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF

ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THIS PRODUCT REMAINS WITH THE LICENSEE. LIMITATION OF LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL DESIGNERWARE OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, EVEN IF DESIGNERWARE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  RECOVERY OF A COMPUTER DEPENDS ON THE AGENT'S ABILITY TO CONNECT TO THE INTERNET AND THE CUSTOMER'S WILINESS TO RETURN THE COMPUTER AFTER IT IS LOCKED.