# EXHIBIT 5

# *** QUICK INSTALL GUIDE ***

**Step #1.** Insert the CD or USB drive. Select *'Install using Wizard'* then Click the *'Proceed'* Button.
   -Write the Agent Name and Agent Machine on the tracking sheet. Make sure you track who has the computer.

**Step #2.** Reboot the computer and wait for the **Green** Administrator Screen. Run a backup by clicking on the 'Backup Button' (the backup is stored on the hard drive).

**Step #3.** Connect your computer to the Internet and reboot. Verify the Agent is reporting by logging into the web site.
*(This step is Optional – You don't have to connect to the internet and verify the Agent but it is highly recommended so you know the Agent is installed and reporting correctly)*

---

*Additional information can be obtained by clicking on the 'Read Me' Button and Viewing/Printing other documentation which is available on the CD or USB.*

---

***Note:*** See the website for blank Tracking Log Sheets, additional documentation, and additional information.

Agent revision 4.0   8/8/2009

3 of 36

CONFIDENTIAL - TRADE SECRET INFORMATION   DESIGNERWARE000019



**Chapter**

# E-Mail System Messages

## E-Mail System Messages

**Introduction:** The APN (Agent Private Network) will send messages to the email accounts of the Master Account and all Sub-Accounts when certain events occur. If you do **NOT** wish to receive these emails then log on to the website and click on 'Your Account' and check the 'email Off' checkbox and then click save.

**Install/Reinstall messages:** Every time an Agent reports in the first time on **new** installs or re-installs the APN will send an email notification. The reason this is done is that some stores do NOT connect the computer to the Internet prior to renting it. Therefore when the customer connects it to the Internet it will report and send you an email. This helps you ensure your agents are reporting and Agent records are being created.

If you are the Master Account with several stores this can also be a way of being notified that your store managers are loading and using the Agent.

**Lockdown messages:** When an Agent locks a computer the APN will send an email so that you don't have to keep checking the website. The email will also have the password that is required to unlock the computer.

**The Detective messages:** When The Detective is on, all information is emailed.

## Messages on the website

Because email is often blocked, filtered, rejected etc, you may not get the emails from the APN. The web-site keeps copies of all messages for roughly 20 days. You can log on to the website and view all messages.

**Tip:** To help you identify the reason a computer is being locked, use the Note field which is available for each Agent. The Note field is always the first line in any message that is sent. For example, if John Doe is renting a