# EXHIBIT 6

**Support Services.** DesignerWare may provide the Licensee with support services related to the SOFTWARE PRODUCT ("Support Services"). Use of Support Services is governed by DesignerWare policies and programs described in manuals, in on-line documentation and/or other DesignerWare provided materials. With respect to technical information the Licensee provides to DesignerWare as part of the Support Services, DesignerWare may use such information for its business purposes, including for product support and development.

**Software Transfer.** The Licensee may NOT permanently or temporarily transfer ANY of the Licensee's rights under this EULA to any individual or entity. Regardless of any modifications which the Licensee makes and regardless of how the Licensee might use the libraries, redistributables, or other files of the SOFTWARE PRODUCT (or any portions thereof) for developing programs created with the SOFTWARE PRODUCT.

**Termination.** Without prejudice to any other rights or remedies, DesignerWare will terminate this EULA upon the Licensee's failure to comply with all the terms and conditions of this EULA. In such event, the Licensee must destroy all copies of the SOFTWARE PRODUCT and all of its component parts including any related documentation, and must remove ANY and ALL uses of the SOFTWARE PRODUCT.

**COPYRIGHT.** All title and copyrights in and to the SOFTWARE PRODUCT (including but not limited to any images, demos, source code, intermediate files, packages, photographs, animations, video, audio, music, text, and "applets" incorporated into the SOFTWARE PRODUCT), the accompanying printed materials, and any copies of the SOFTWARE PRODUCT are owned by DesignerWare or its subsidiaries. The SOFTWARE PRODUCT is protected by copyright laws and international treaty provisions. Therefore, the Licensee must treat the SOFTWARE PRODUCT like any other copyrighted material except that the Licensee may install the SOFTWARE PRODUCT for use by the Licensee. The Licensee may not copy any printed materials accompanying the SOFTWARE PRODUCT.

**GENERAL PROVISIONS.** This EULA may only be modified in writing signed by the Licensee and an authorized officer of DesignerWare. If any provision of this EULA is found void or unenforceable, the remainder will remain valid and enforceable according to its terms.

**MISCELLANEOUS.** If the Licensee acquired this product in the United States, this EULA is governed by the laws of the State of Pa.

If this SOFTWARE PRODUCT was acquired outside the United States, then the Licensee agrees and ascends to the adherence to all applicable international treaties regarding copyright and intellectual property rights which shall also apply. In addition, the Licensee agrees that any local law(s) to the benefit and protection of DesignerWare ownership of, and interest in, its intellectual property and right of recovery for damages thereto will also apply.

NO WARRANTIES. DESIGNERWARE EXPRESSLY DISCLAIMS ANY WARRANTY FOR THE SOFTWARE PRODUCT. THE PRODUCT AND ANY RELATED DOCUMENTATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THIS PRODUCT REMAINS WITH THE LICENSEE. LIMITATION OF LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL DESIGNERWARE OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, EVEN IF DESIGNERWARE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. RECOVERY OF A COMPUTER DEPENDS ON THE AGENT'S ABILITY TO CONNECT TO THE INTERNET AND THE CUSTOMER'S WILINESS TO RETURN THE SYSTEM AFTER IT IS LOCKED.

Copyright© 2006 DesignerWare LLC. All rights reserved.