**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CRYSTAL BYRD, et al.,           ) | |
|                                    ) | |
|     Plaintiffs,            ) | |
|                                    ) | Civil Action No.  11-101 Erie |
|          v.               ) | |
|                                    ) | |
| AARON'S INC., et. al.,         ) | |
|                                    ) | |
|     Defendants.        ) | |

<u>MEMORANDUM ORDER</u>

This action was received by the Clerk of Court on May 3, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 54], filed on June 16, 2011, recommended that the Plaintiffs' motion for preliminary injunction [ECF No. 9] be denied.  Plaintiffs were allowed fourteen (14) days from the date of service to file objections and service was made on Plaintiffs by certified mail.  No objections were filed.  After <u>de novo</u> review of the documents in the case, and the transcript of the proceedings held on May 24 and 25, 2011, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of July, 2011;

IT IS HEREBY ORDERED that the Plaintiffs' motion for preliminary injunction [ECF No. 9] is DENIED.

The Report and Recommendation [ECF No. 54] of Magistrate Judge Baxter, filed on June 16, 2011, is adopted as the opinion of the Court.

                                              s/   Sean J. McLaughlin
                                                   United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge