UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>AARON'S, INC., ASPEN WAY ENTERPRISES, INC., d/b/a Aaron's Sales and Leasing, a franchisee of AARON'S FRANCHISEES; and DESIGNERWARE, LLC,<br><br>Defendants. | Civil No. 1:11-cv-101-SPB |

### DEFENDANT AARON'S, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Aaron's, Inc. hereby moves this Court to dismiss all of the claims Plaintiffs assert against Aarons, Inc. in the Complaint. Plaintiffs' claims against Aaron's, Inc. should be dismissed because they fail to state a claim upon which relief may be granted for the reasons set forth in Aaron's, Inc.'s Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint, which is filed contemporaneously herewith and incorporated herein by reference.

Dated: July 18, 2011

                                              Respectfully submitted,

                                              KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

                                              By: */s/ Richard A. Lanzillo*
                                                     Richard A. Lanzillo, Esq.
                                                     PA ID #: 53811
                                                     Neal R. Devlin, Esq.
                                                     PA ID#: 89223
                                                     120 West Tenth Street

- 2 -

Erie, PA  16501-1461
Telephone: (814) 459-2800
Fax: (814) 453-4530
Email:  rlanzill@kmgslaw.com

Attorneys for Defendant,
Aaron's, Inc.

Of Counsel:

Kristine McAlister Brown
(admitted pro hac vice)
William H. Jordan
(admitted pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
E-mail:  kristy.brown@alston.com
            bill.jordan@alston.com