IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons,<br><br>　　　　Plaintiffs,<br><br>　　　　-vs-<br><br>AARON'S, INC.; ASPEN WAY ENTERPRISES, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; JOHN DOES (1-100) AARON'S FRANCHISEES; and DESIGNERWARE, LLC,<br><br>　　　　Defendants. | Civil No. 1:11-CV-101-SPB<br><br><br>**DEFENDANT ASPEN WAY ENTERPRISES, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

　　Pursuant to Fed. R. Civ. 12(b)(2), Defendant Aspen Way Enterprises, Inc. ("Aspen Way"), hereby moves the Court to dismiss it from this case for lack of personal jurisdiction because:

　　(1)　Aspen Way did not purposely avail itself of Pennsylvania in relation to the Byrds;

　　(2)　The Byrds' causes of action do not arise out of Aspen Way's extremely limited contacts with Pennsylvania; and

　　(3)　The exercise of jurisdiction over Aspen Way would offend all notions of "fair play and substantial justice."

　　This Motion is supported by the Brief filed simultaneously herewith, which is accompanied by three Affidavits.　Said Brief and Affidavits are fully incorporated herein.

**DATED** this 18th day of August 2011.

        MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

        By:   /s/ Anthony J. Williott
             Anthony J. Williott, Esquire
             PA ID 43684
             2900 U.S. Steel Tower
             600 Grant Street
             Pittsburgh, PA  15219
             412-803-1140

        MOULTON BELLINGHAM PC

        By:   /s/ Michele L. Braukmann
             MICHELE L. BRAUKMANN, *Pro Hac Vice* Pending
             MT 6028
             ROSS W. McLINDEN, *Pro Hac Vice* Pending
             MT 9597
             ND 06673
             27 N. 27th Street, Ste. 1900
             Billings, Montana 59103-2559
             Telephone (406) 248-7731
             Fax (406) 248-7889
             Michele.Braukmann@moultonbellingham.com
             Ross.McLinden@moultonbellingham.com

             ATTORNEYS FOR DEFENDANT ASPEN WAY
             ENTERPRISES, INC.

ND: 4839-3950-7721, v.  1
12/1349382.v1