| | | |
|---|---|---|
| **CRYSTAL BYRD** and **BRIAN BYRD**, | ) | |
| Individually, and on Behalf of all | ) | CIVIL DIVISION |
| Similarly Situated Persons, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:11-cv-00101 |
| | ) | |
| v. | ) | |
| | ) | |
| **AARON'S, INC.,** | ) | |
| **ASPEN WAY ENTERPRISES, INC.,** | ) | |
| d/b/a Aaron's Sales and Leasing, | ) | |
| a franchisee of AARON'S, INC.; | ) | |
| **JOHN DOES (1-100) AARON'S** | ) | |
| **FRANCHISEES**; and | ) | |
| **DESIGNERWARE, LLC**, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SUGGESTION OF BANKRUPTCY</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that on March 19, 2012 (the "Petition Date"), DesignerWare, LLC (hereinafter "the Debtor") filed a voluntary petition for relief in the United States Bankruptcy Court for the Western District of Pennsylvania under Chapter 11 of the United States Bankruptcy Code, at Case No. 12-10397. A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the automatic stay imposed by the operation of section 362 of the Bankruptcy Code, from and after the Petition Date no cause of action arising prior to, or relating to the period prior to, the Petition Date, including this action, may be commenced or prosecuted against the Debtor, in this civil action, and no related judgment may be entered or enforced against the Debtor outside of the

Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose.

Respectfully submitted,

BURNS WHITE LLC

By: /s/ Brian M. Mancos
   Brian M. Mancos, Esquire
   PA I.D. No. 89720
   bmmancos@burnswhite.com
   Four Northshore Center
   106 Isabella Street
   Pittsburgh, PA  15212
   Phone:  (412) 995-3000
   Fax:  (412) 995-3300

   Attorneys for Defendant,
   DesignerWare, LLC