IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CRYSTAL BYRD, et al., )
          Plaintiff, )
)
Vs. )  Civil Action No. 11-101 Erie
AARON'S INC., et al., )
)
          Defendant. )

## ORDER

AND NOW, this _____ day of __March__, 2012, the Court having been advised that the defendant, __DesignerWare, LLC.,__ has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Pennsylvania, (Case No. __12-10397__ _____), and that no further action can be taken against him at this time

IT IS HEREBY ORDERED that no action will be taken against defendant, __DesignerWare, LLC.,__ and that this case be administratively closed as to this defendant. Nothing contained in this order shall be considered a dismissal or disposition of this matter. Should further proceedings against defendant __DesignerWare, LLC.,__ become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

S/Sean J. McLaughlin

Sean J. McLaughlin,
United States District Judge

cc: all counsel/parties of record: _____