IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL BYRD** and **BRIAN BYRD**, Individually and on Behalf of all Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**AARON'S, INC.,**<br>**ASPEN WAY ENTERPRISES, INC.,**<br>d/b/a Aaron's Sales and Leasing,<br>a franchisee of AARON'S, INC.;<br>**JOHN DOES (1-45) AARON'S FRANCHISEES;** and<br>**DESIGNERWARE, LLC**,<br><br>Defendants. | Civil No. 11-101 |

## MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P 15(a) and (c) and for the reasons stated in the accompanying brief, Plaintiffs respectfully move this Honorable Court for leave to file a Third Amended Complaint (1) to substitute the names of the John Doe defendants and (2) to add a new claim for Injunctive Relief based on newly-discovered evidence.  Injunctive relief is necessary because the defendants have done nothing to notify or protect the Class regarding the disclosure of Class members' personal and confidential information, even though the original complaint was filed on May 3, 2011.  A proposed form of order and the proposed Third Amended Complaint are attached.

Dated: February 27, 2013

Respectfully submitted,

**LEVIN, FISHBEIN, SEDRAN & BERMAN**
**/s/ Frederick S. Longer**
**Frederick S. Longer**
Bar No. PA 46653

**Arnold Levin**
Bar No. PA 02280
alevin@lfsblaw.com
**Daniel L. Levin**
Bar No. PA 80013
dlevin@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Phone: 877-882-1011
Fax: 215-592-4663

**JAMIESON & ROBINSON, LLC**
**John H. Robinson**
Bar No. WSB 6-2828
robinsn@vcn.com
214 S. Grant Street
Casper, WY 82601
Phone: 307-235-3575
Fax:  307-307-577-9435

**THE SPENCE LAWFIRM**
**R. Daniel Fleck**
Bar No. WY 6-2668
fleck@spencelawyers.com
PO Box 548 • 15 South Jackson Street
Jackson, Wyoming 83001
Phone: 307-733-7290
Fax: 307-733-5248

flonger@lfsblaw.com

**HERMAN GEREL LLP**
**Christopher V. Tisi**
Bar No. DC 412839; MD 04286
cvtisi@aol.com
2000 L Street, NW Suite 400
Washington, D.C., 20036
Phone 202-783-6400
Fax: 202-416-6392

**Maury A. Herman**
Bar No. LA 006815
mherman@hhkc.com
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: 504-581-4892

**Andrea S. Hirsch**
Bar No. GA 666557
ahirsch@hermangerel.com
230 Peachtree Street, Suite 2260
Atlanta, GA 30303
Telephone: 404-880-9500

**ATTORNEYS FOR PLAINTIFFS AND PROPOSED CLASS**

## **CERTIFICATE OF SERVICE**

  I, Andrea S. Hirsch, certify that a copy of the foregoing was mailed via ECF to all counsel of record.

            /s/ Andrea S. Hirsch
            Andrea S. Hirsch
            Attorney for Plaintiffs