IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 11-101E |
| v. | ) ) | Judge Cathy Bissoon |
| AARON'S, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On January 31, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 319) recommending that Plaintiffs' Motion to Certify Class (Doc. 174) be denied. Service of the Report and Recommendation was made on the parties, and Plaintiffs timely filed objections. *See* Doc. 323.

After a *de novo* review of the issues raised by Plaintiffs' objections, together with the Report and Recommendation, the following Order is entered:

The Motion to Certify Class (**Doc. 174**) is **DENIED**, and the Report and Recommendation of Magistrate Judge Baxter dated January 31, 2014, is hereby adopted as the opinion of the District Court.

IT IS SO ORDERED.

March 31, 2014                                    s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge


cc (via ECF email notification):

All Counsel of Record