```
Court Name: USDC, WESTERN DISTRICT OF PA
Division: 1
Receipt Number: 14668001968
Cashier ID: dmayo
Transaction Date: 06/17/2014
Payer Name: FRED LONGER
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: FRED LONGER
 Case/Party: D-PAW-1-11-CV-000101-001
 Amount:     $505.00
--------------------------------
CREDIT CARD
 Amt Tendered: $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```