UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
April 29, 2014
BCO-075

No. <u>14-8037</u>

CRYSTAL BYRD; BRIAN BYRD,
Individually, and on Behalf of all Similarly Situated Persons,
Petitioners

v.

AARON'S, INC.; ASPEN WAY ENTERPRISES, INC.,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
DESIGNERWARE, LLC; AH&H LEASING, LLC,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
AMG ENTERPRISES GROUP, LLC, d/b/a Aaron's Sales and Leasing,
a franchisee of Aaron's Inc.; ARONA CORPORATION, d/b/a Aaron's Sales
and Leasing, a franchisee of Aaron's Inc.; BEAR RENTAL PURCHASE, LTD,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
BOXER ENTERPRISE, INC, d/b/a Aaron's Sales and Leasing,
a franchisee of Aaron's Inc.; CIRCLE CITY RENTALS,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
CMH LEASING PARTNERS, LLC; d/b/a Aaron's Sales and Leasing,
a franchisee of Aaron's Inc.; CRAM LEASING, INC,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
DC SALES AND LEASE, INC., d/b/a Aaron's Sales and Leasing, a franchisee of
Aaron's Inc.; DIRIGO LEASING, INC., d/b/a Aaron's Sales and Leasing,
a franchisee of Aaron's Inc.; DPR ALASKA, LLC, d/b/a Aaron's Sales
and Leasing, a franchisee of Aaron's Inc.; DPR COLORADO, LLC,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
DW3 LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
DWC VENTURES, LLC, d/b/a Aaron's Sales and Leasing,
a franchisee of Aaron's Inc.; FAIRWAY LEASING, LLC,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
FIVE STAR FINANCIALS, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of
Aaron's Inc.; FT GOT THREE, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of
Aaron's Inc.; GNS & ASSOCIATES, INC., d/b/a Aaron's Sales and Leasing, a
franchisee of Aaron's Inc.; GREAT AMERICAN RENT-TO-OWN, INC.,
d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
GREEN RIVER CORPORATION, d/b/a Aaron's Sales and Leasing, a franchisee of
Aaron's Inc.; HANSON HOLDING COMPANY, d/b/a Aaron's Sales and Leasing, a
franchisee of Aaron's Inc.; HONEY HARBOR INVESTMENTS, LLC,

d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
HOWARD RENTS, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
HPH INVESTMENTS, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; J&L BEACH ENTERPRISES, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; J.R. RENTS, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; J.M. DARDEN AND COMPANY, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; JENFOUR, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; JENKINS RENTAL, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; KFL ENTERPRISES, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; LIFESTYLE FURNITURE LEASING, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; LTL INVESTMENTS, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
MADISON CAPITAL INVESTMENTS, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; MKW INVESTMENTS, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; NO THREE PUTTS ENTERPRISES, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
NW FREEDOM CORP., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
POMONA LANE PARTNERS, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; R & DOUBLE K, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; REBCO INVESTMENTS, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; REX NEAL, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; ROYAL RENTS, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; ROYAL ROCKET RETAIL, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; SHINING STAR, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; SHOWCASE HOME FURNISHINGS, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.;
SULTAN FINANCIAL CORP., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; TANGLEWOOD MANAGEMENT, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; TDS FOODS, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; TUR, INC., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; WATERSHED DEVELOPMENT CORPORATION, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; WGC, LLC, d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's Inc.; JOHN DOES (1 – 45) AARON'S FRANCHIESEES

(W.D. Pa. No. 1-11-cv-00101)

Present:  AMBRO, CHAGARES and VANASKIE, <u>Circuit Judges</u>

1. Petition for Permission to Appeal Pursuant to Fed. R. Civ. 23(f);

2. Response in Opposition filed by Respondents AH&H Leasing, LLC, et al.;

3. Response in Opposition filed by Respondent Aaron's, Inc;

4. Reply in Support of Petition for Permission to Appeal Pursuant to Fed. R. Civ. 23(f).

          Respectfully,
          Clerk/cjg

_____ **O R D E R** _____

The foregoing Petition for Permission to Appeal pursuant to Fed. R. Civ. 23(f) is granted.

          By the Court,

          s/ Thomas L. Ambro
          Circuit Judge

Dated: June 16, 2014
CJG/cc:    All Counsel

**A True Copy:**

Marcia M. Waldron, Clerk