IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 11-101E |
| v. | ) ) | Judge Cathy Bissoon |
| AARON'S, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

On June 16, 2014, the United States Court of Appeals for the Third Circuit granted a Petition for Permission to Appeal this Court's denial of class certification, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure. See Order of USCA (Doc. 360). The issue of class certification will likely have an enormous impact on the nature of the discovery in this case, as well as the posture of any subsequent mediation of the case. As such, through an exercise of the Court's inherent authority, this case hereby is **STAYED** pending resolution of said appeal. *See* Rice v. Astrue, 2010 WL 3607474, *2 (D. S.C. Sept. 9, 2010) ("a federal court has the inherent power to stay, sua sponte, an action before it," "pending resolution of independent proceedings [that] bear upon the case") (citations and internal quotations omitted).

For the duration of the stay, this case is and shall remain **ADMINISTRATIVELY CLOSED**. Administrative closings comprise a familiar way in which courts remove cases from their active files without final adjudication. Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) (citation and internal quotations omitted). Administrative closure is a docket control device used by the Court for statistical purposes, and it does not prejudice the rights of

the parties in any manner.  Honig v. Comcast of Georgia I, LLC, 537 F. Supp.2d 1277, 1290 n.8 (N.D. Ga. 2008).

As and when appropriate, any party may restore this action to the Court's active calendar upon application or by motion.  *See* In re Arbitration Between Philadelphia Elec. Co. v. Nuclear Elec. Ins., Ltd., 845 F. Supp. 1026, 1028 (S.D.N.Y. 1994) (holding same).

IT IS SO ORDERED.


June 20, 2014                                s\Cathy Bissoon
                                             Cathy Bissoon
                                             United States District Judge

cc (via ECF email notification):

All Counsel of Record