UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 8, 2014
DCO-114

No. 14-3050

CRYSTAL BYRD; BRIAN BYRD, Individually, and on
Behalf of Similarly Situated Persons,
Appellants

v.

AARON'S INC, et al

(W.D. Pa. No. 1-11-cv-00101)

Present: KRAUSE, Circuit Judge

1. Motion by Appellee Aaron's, Inc. to Continue Impoundment of Previously Sealed Documents; and

2. Response by Appellants to Motion.

Respectfully,
Clerk/cjg

_____ORDER_____

The foregoing Motion by Appellee Aaron's Inc. to Continue Impoundment of Previously Sealed Documents is GRANTED. Docket Nos. 221, 290, 306, 307 and 308 shall remain under seal until five years after the conclusion of this case.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: August 13, 2014
CJG/cc:	Frederick S. Longer, Esq.
	Kristine M. Brown, Esq.
	Thomas C. Pryor, Esq.
	Anthony J. Williott, Esq.
	Steven E. Bizar, Esq.
	Landon Y Jones, III, Esq.