IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AARON'S, INC. *et al.*,<br><br>　　　　　Defendants. | Docket No. 1:11-cv-00101-SPB |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL, WITH PREJUDICE, OF AARON'S, INC.**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Crystal Byrd and Brian Byrd (collectively, "Plaintiffs") and Defendant Aaron's, Inc. ("Aaron's"), by and through undersigned counsel, stipulate and agree that Plaintiffs hereby dismiss with prejudice as to Aaron's only the above-captioned action and the operative complaint (ECF 296), including all claims asserted by Plaintiffs against Aaron's. In support of this stipulation of dismissal, the Parties state as follows:

1. Plaintiffs and Aaron's seek to dismiss with prejudice as to Aaron's only this action and the operative complaint (ECF 296), including all claims asserted by Plaintiffs against Aaron's.

2. This stipulation does not affect the rights or claims Plaintiffs may have against any other defendant in this litigation.

3. Each side shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

IT IS SO STIPULATED

Respectfully submitted this 10th day of September, 2019

| | |
|---|---|
| /s/ *Frederick S. Longer* | /s/ *Kristine M. Brown* |
| Arnold Levin, Esquire | Kristine M. Brown (GA 480189) |
| Frederick S. Longer, Esquire | (admitted *pro hac vice*) |
| **LEVIN SEDRAN & BERMAN LLP** | Donald M. Houser (GA 157238) |
| 510 Walnut Street, Suite 500 | (admitted *pro hac vice*) |
| Philadelphia, PA 19106 | **ALSTON & BIRD LLP** |
| Telephone: 215-592-1500 | 1201 West Peachtree Street |
| Telecopier: 215-592-4663 | Atlanta, Georgia  30309-3424 |
| | Telephone:  (404) 881-7000 |
| John H. Robinson, Esquire | Facsimile:  (404) 881-7777 |
| **ROBINSON LAW FIRM** | E-mail:  kristy.brown@alston.com |
| 232 E. Second Street, Suite 101 | donald.houser@alston.com |
| Casper, WY 82601 | |
| Telephone: 307-235-8777 | **KNOX McLAUGHLIN GORNALL &** |
| Telecopier: 307-235-1326 | **SENNETT, P.C.** |
| | |
| G. Bryan Ulmer, III, Esquire | Neal R. Devlin, Esq. |
| Mel C. Orchard, III, Esquire | PA ID#: 89223 |
| R. Daniel Fleck, Esquire | 120 West Tenth Street |
| **THE SPENCE LAW FIRM** | Erie, PA  16501-1461 |
| PO Box 548 | Telephone: (814) 459-2800 |
| 15 South Jackson Street | Fax: (814) 453-4530 |
| Jackson, WY 83001 | Email:  ndevlin@kmgslaw.com |
| Telephone: 307-733-7290 | |
| Telecopier: 307-733-5248 | *Attorneys for Defendant Aaron's, Inc.* |
| | |
| Michelle A. Parfitt, Esquire | |
| James F. Green, Esquire | |
| **HERMAN GEREL LLP** | |
| 4900 Seminary Road, Ste. 650 | |
| Alexandria, VA 2311 | |
| Telephone: 703-931-5500 | |
| Telecopier: 703-820-0630 | |
| | |
| Maury A. Herman, Esquire | |
| Leonard A. Davis, Esquire | |
| **HERMAN GEREL LLP** | |
| 820 O'Keefe Avenue | |
| New Orleans, LA 70113 | |
| Telephone: 504-581-4892 | |
| Telecopier: 504-561-6024 | |

Andrea S. Hirsch, Esquire
**HERMAN GEREL LLP**
60 Lenox Point NE
Atlanta, GA 30303
Telephone: 404-880-9500
Telecopier: 404-880-9605

*Attorneys for Plaintiffs,*
*Crystal and Brian Byrd*

## CERTIFICATE OF SERVICE

    I, Frederick S. Longer, certify that a copy of the foregoing was served to all parties of record via CM/ECF on the 10th day of September, 2019.

                                  */s/ Frederick S. Longer*
                                  Frederick S. Longer