# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons,<br><br>    Plaintiffs,<br><br>  v.<br><br>AARON'S, INC. *et al.*,<br><br>    Defendants. | Docket No. 1:11-cv-00101-SPB |

## ORDER

Pursuant to stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, the Court DISMISSES WITH PREJUDICE the above-captioned action as to Aaron's, Inc. ("Aaron's). The Court DISMISSES WITH PREJUDICE as to Aaron's only the operative complaint (ECF 296), including all claims asserted by Plaintiffs against Aaron's in the operative complaint.

This dismissal does not affect the rights or claims Plaintiffs may have against any other defendant. The parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

March 27, 2020
Date

**Susan Paradise Baxter**
*U.S. District Judge, Western District of Pennsylvania*