# UNTIED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL BYRD and BRIAN BYRD, Individually, and on Behalf of all Similarly Situated Persons, | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : Civil Action No.: 11-cv-00101 |
| v. | : Judge Susan Paradise Baxter <br> : |
| AARON'S INC., et al | : <br> : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice as to Defendant, Aspen Way Enterprises, Inc., with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Frederick S. Longer* <br> Frederick S. Longer, Esquire <br> PA ID #46653 <br> Arnold Levin, Esquire <br> PA ID #02280 <br> **LEVIN SEDRAN & BERMAN LLP** <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA  19106 <br> Telephone:  215-592-1500 <br> Telecopier:  215-592-4663 <br> alevin@lfsblaw.com <br> flonger@lfsblaw.com <br> *Counsel for Plaintiffs,* <br> *Crystal Byrd and Brian Byrd* | *s/ Anthony J. Williott* <br> Anthony J. Williott, Esquire <br> PA ID #43684 <br> MARSHALL, DENNEHEY <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> Phone: (412) 803-1193 <br> AJWilliott@mdwcg.com <br> *Attorneys for Defendant, Aspen Way* <br> *Enterprises, Inc.* |

It is so ordered.

_____
United States District Judge